UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x

OBED DE LA ROSA,

Plaintiff,

-against-

THE CITY OF NEW YORK, a municipal entity, "JOHN
DOES," NEW YORK CITY POLICE OFFICER
ANTHONY RICCI, Shield # 09586, all individually and in
their official capacities,

Defendants.

---------------------------------------------------------------------- x

**STIPULATION AND ORDER
OF SETTLEMENT AND
DISMISSAL**

07 Civ. 8027 (RJH)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/3/08

**WHEREAS,** plaintiff commenced this action by filing a complaint on or about

September 13, 2007, alleging that defendants violated plaintiff's federal civil and state common law

rights; and

**WHEREAS,** defendants have denied any and all liability arising out of plaintiff's

allegations; and

**WHEREAS,** the parties now desire to resolve the issues raised in this litigation,

without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and

between the undersigned, as follows:

1.      The above-referenced action is hereby dismissed against defendants, with

prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2"

below.

2.      Defendant City of New York hereby agrees to pay plaintiff Obed De La Rosa

Twelve Thousand Five Hundred ($12,500.00) Dollars in full satisfaction of all claims, including claims

for costs, expenses and attorneys' fees. In consideration for the payment of these sums, plaintiff agrees

to dismissal of all the claims against defendants and to release the defendants and any present or

former employees and agents of the City of New York, or any agency thereof, from any and all liability, claims, or rights of action which were or could have been alleged in the complaint in this action, including claims for costs, expenses and attorney fees.

3.     Plaintiff shall execute and deliver to defendant City of New York's attorney all documents necessary to effect this settlement, including, without limitation, a General Release based on the terms of paragraph 2 above and an Affidavit of No Liens.

4.     Nothing contained herein shall be deemed to be an admission by the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5.     Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York, or any agency thereof.

6.     This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant

proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions

contained herein.

Dated: New York, New York
       December 5, 2007

JAMES I. MEYERSON, ESQ.          MICHAEL A. CARDOZO
Attorney for Plaintiff           Corporation Counsel of the
64 Fulton Street, Suite 502      City of New York
New York, New York 10038         Attorney for Defendants City and Ricci
                                 100 Church Street, Room 3-211
                                 New York, N.Y. 10007
                                 (212) 442-8248

By: _____    By: _____
     James I. Meyerson, Esq. *(JM 43C4)*     Mark D. Zuckerman
     Attorney for Plaintiff           Senior Counsel

SO ORDERED:

_____
U.S.D.J.
          12/28/07